

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Jerome M. Maiatico*  
*Assistant U.S. Attorney*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

January 15, 2026

U.S. District Court Clerk's Office  
Criminal Division  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

    **Re:**   *United States v. Jalen Smith, et al.*  
           **Criminal No. 26-23**

Dear Clerk's Office:

    Please unimpound the indictment in the above-captioned case this morning by 9:00am. The indictment was filed under seal on January 14, 2026.

                Very truly yours,

                DAVID METCALF  
                United States Attorney

                */s/ Jerome M. Maiatico*  
                JEROME M. MAIATICO  
                LOUIS D. LAPPEN  
                Assistant United States Attorneys