IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Case Number: ___26-CR-000023(NIQA)___

v.

MARVES FAIRLEY

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add _____________________, Esquire as counsel for __________________________________. ________________ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____________________________
Nitza I. Quiñones Alejandro, U.S.D.J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 26-CR-000023(NIQA)

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, ERIC W. SIEGLE, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent MARVES FAIRLEY. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A. I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New York | 2/28/1994 | 2607935 |

*B. I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| USDC, SDNY | 12/2/1997 | ES0571 |
| USDC, EDNY | 12/2/1997 | ES0571 |
| USDC, DNJ | 10/29/2004 | N/A |
| USDC, NDNY | 1/12/2010 | N/A |

*C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* MARVES FAIRLEY.

*Name of Attorney:* ERIC W. SIEGLE

*Firm Address:* SIEGLE & SIMS L.L.P., 217 Broadway, Suite 611, New York, New York 10570

*Telephone Number:* (212) 406-0110

*Email Address:* e.siegle@siegleandsims.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* January 15, 2026
*(Date)*

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ERIC W. SIEGLE to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| TODD HENRY | Todd E. Henry | 6/13/2000 | 79704 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Todd Edward Henry, Esq., The Henry law Firm, 1500 Walnut Street, Suite 1060, Philadelphia, Pennsylvania 19102-3520, dlombardo@thehenryfirm.biz, (215) 545-7100.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 1-16-2026
*(Date)*

Todd E. Henry
*(Sponsor's signature)*




*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

*Eric Wayne Siegle*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***February 28, 1994****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*




*In Witness Whereof, I have hereunto set my hand in the City of New York on January 20, 2026.*

*Clerk of the Court*

*CertID-00269725*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: ___26-CR-000023(NIQA)___ |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MARVES FAIRLEY | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Eric W. Siegle, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served via ECF & E-Mail on as follows:

Louis D. Lappen, A.U.S.A.
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
louis.lappen@usdoj.gov

Todd E. Henry
(Signature of Attorney)

_Todd E. Henry, Esq._________
(Name of Attorney)

_ Eric W. Siegle, Esq.________________
(Name of Moving Party)

_January 16, 2026_________________
(Date)