

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jerome M. Maiatico*
*Assistant United States Attorney*
*Direct Dial: (215) 861-8259*
*E-mail Address: jerome.maiatico@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 27, 2026

Honorable Nitza I. Quiñones Alejandro
Judge, United States District Court
8613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **RE:**    **United States v. Marves Fairley**
               **Criminal No. 26-23-2**

Dear Judge Quiñones:

The government respectfully writes to notify the Court that this matter, as to defendant Marves Fairley, Criminal No. 26-23-2, is being transferred from the Eastern District of Pennsylvania pursuant to Federal Rule of Criminal Procedure 20.

The defendant was initially arrested and charged in a separate matter in the Eastern District of New York and subsequently charged in this District. In accordance with Rule 20, the defendant has stated in writing that he wishes to plead guilty, and to waive trial in this District, and consents to a transfer of this matter to the Eastern District of New York for plea and sentencing. The United States Attorneys in both districts have approved the transfer in writing.

A copy of the Consent to Transfer of Case for Plea and Sentence (Under Rule 20) form, signed and approved by all the appropriate parties, is attached for the Court's reference.

            Sincerely,

            DAVID METCALF
            United States Attorney

            JEROME M. MAIATICO
            Assistant United States Attorney

cc:    Eric Siegle, Esquire
       Counsel for Mr. Fairley
       By Email (e.siegle@siegleandsims.com)

USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Eastern District _____ DISTRICT OF    Pennsylvania _____

UNITED STATESOF AMERICA

V.

MARVES FAIRLEY **(2)**

}

CRIMINAL NUMBER: 26-023 (NIQA)**-2**

### Consent to Transfer of Case for Plea and Sentence
*(Under Rule 20)*

I, MARVES FAIRLEY_____, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead _____guilty_____ to the offense charged, to consent to the disposition of the case in the ___Eastern_____ District of ___New York_____ in which I, MARVES FAIRLEY, am present and to waive trial in the above captioned District.

Dated: **April 26**_____ 20 26 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the

Eastern District _____ District of

New York

_____
United States Attorney for the

Eastern District of _____ District of

Pennsylvania